| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br><br>DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | CTE 1 LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Lexus of Englewood |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4466166 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **53-59 Engle Street**<br>**Englewood, NJ 07631**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bergen**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website (URL)**   www.lexusofenglewood.com

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CTE 1 LLC**
_____    Case number (*if known*) _____
Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | CTE 1 LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | CTE 1 LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2019**
MM / DD / YYYY

_X_ **/s/ Carmine DeMaio**                                **Carmine DeMaio**
Signature of authorized representative of debtor                Printed name

Title    **Operating Manager**

**18. Signature of attorney**

_X_ **/s/ Robert M. Hirsh**                    Date    **October 25, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Robert M. Hirsh**
Printed name

**Arent Fox LLP**
Firm name

**1301 Avenue of the Americas**
**New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone    **212-484-3900**        Email address    **robert.hirsh@arentfox.com**

**NJ**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | CTE 1 LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&S Management LLC 196 Route 46 E Lodi, NJ 07644 | | | | | | $33,410.54 |
| AGWS 4450 Weaver Pkwy Ste 200 Warrenville, IL 60555 | | | | | | $900,000.00 |
| Altice Media P.O. Box 392090 Pittsburgh, PA 15251 | | | | | | $75,000.00 |
| Antonio Guiterrez 100 Alexander Way TH9 Edgewater, NJ 07020 | | | | | | $500,000.00 |
| Autotrader.com, Inc. P.O. Box 932207 Atlanta, GA 31193 | | | | | | $198,799.41 |
| CDK Global P.O. Box 88921 Chicago, IL 60695-1921 | | | | | | $300,000.00 |
| Chaflin Realty 232 South Van Brunt Englewood, NJ 07631 | | | | | | $30,000.00 |
| Englewood Dealership Properties/ PSD Automotive 1121 Route 202 South B9 Raritan, NJ 08869-1463 | | | | | | $160,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | CTE 1 LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Bank 530 East Main St. Denville, NJ 07834 | | | | | | $6,500,000.00 |
| Horizon Blue Cross NJ P.O.  Box 10130 Newark, NJ 07101 | | | | | | $200,000.00 |
| IP Network Services 88752 Expedite Way Chicago, IL 60695-1700 | | | | | | $29,952.89 |
| James Whang Zakar Mtrs 430 Industrial Ave Teterboro, NJ 07608 | | | | | | $750,000.00 |
| Keystone Auto Lending 415 Eagleview Blvd Ste 100 Exton, PA 19341 | | | | | | $1,700,000.00 |
| Marsh McLennan Park 80 West Plaza Two 250 Pehle Ave. Saddle Brook, NJ 07663 | | | | | | $76,876.66 |
| Mizzoni's Autobody 178 Route 46 E Lodi, NJ 07644 | | | | | | $38,647.27 |
| MJ Electronics 144 Sunset St. Dumont, NJ 07628 | | | | | | $52,755.00 |
| Santander Bank 187 Columbia Tpk Florham Park, NJ 07932 | | | | | | $1,000,000.00 |
| Spectrum 200 Roosevelt Place Palisades Park, NJ 07650 | | | | | | $100,000.00 |
| WCBS & Affiliates 345 Hudson St. 10th Floor New York, NY 10014 | | | | | | $150,000.00 |
| Wholesale Inc. 8037 Eastgate Blvd Mount Juliet, TN 37122 | | | | | | $3,000,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CTE 1 LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2019**            X /s/ Carmine DeMaio
                                                Signature of individual signing on behalf of debtor

                                                **Carmine DeMaio**
                                                Printed name

                                                **Operating Manager**
                                                Position or relationship to debtor

# United States Bankruptcy Court
## District of New Jersey

In re    CTE 1 LLC _____

_____ Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carmine DeMaio**<br>**5 Cold Hill Road**<br>**Morris Plains, NJ 07950** | | **41.25%** | **Voting Membership** |
| **Carmine Zeccardi**<br>**213 Buckingham Road**<br>**Tenafly, NJ 07670** | | **18,75%** | **Nonvoting Membership** |
| **Dmitry Zeldin**<br>**20 Tonnelier Way**<br>**Denville, NJ 07834** | | **3.75%** | **Nonvoting Membership** |
| **Frank Holtham**<br>**29 West Church Street**<br>**Saddle River, NJ 07458** | | **36.25%** | **Voting Membership (subject to Voting Trust)** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Operating Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 25, 2019** _____

Signature    **/s/ Carmine DeMaio**

**Carmine DeMaio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    CTE 1 LLC

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __CTE 1 LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 25, 2019

Date

/s/ Robert M. Hirsh

**Robert M. Hirsh**
Signature of Attorney or Litigant
Counsel for   **CTE 1 LLC**
**Arent Fox LLP**
**1301 Avenue of the Americas**
**New York, NY 10019**
**212-484-3900 Fax:212-484-3990**
**robert.hirsh@arentfox.com**

## CTE 1 LLC

### ACTION BY UNANIMOUS APPROVAL OF VOTING MEMBERS

### As of October 22, 2019

The undersigned, being the voting members of CTE 1 LLC, a New Jersey Limited Liability Company (the "Company"), hereby unanimously approve, pursuant to Section 5.4 of the Operating Agreement of the Company, the following acts by the Company, to wit:

That the Company seek relief under the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") at such time as Carmine DeMaio, Operating Manager, shall deem such relief necessary; and,

That the Company hereby authorize Carmine DeMaio (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company such petition, schedules and statements as he may deem necessary or appropriate in connection therewith; (iii) to prepare and propose to creditors of the Company such plan as he may deem to be feasible and in the best interest of both the Company and its creditors; and (iv) to execute such further documents and do such further acts as he may deem necessary or appropriate with respect to the foregoing, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code; the execution of any document or the doing of any act by him in connection with such proceedings shall be conclusively presumed to be authorized by this Action by Unanimous Approval; and

that the law firm of Arent Fox LLP and Robert M. Hirsh, Esq. of that firm, be hereby retained as counsel under general retainer or such other terms and conditions as Carmine DeMaio shall approve, to represent the Company in all proceedings commenced under or resulting from this Action by Unanimous Consent, as well as in connection with all other matters for which the Company may need legal advice or representation.

*[Remainder of page intentionally left blank.]*

*[Signature page to follow.]*

*[Signature page to CTE 1 LLC*
*Action by Unanimous Approval of Voting Members]*

EXECUTED as of the date set forth above.

CTE 1 LLC

By: _____
       Carmine DeMaio, Voting Member

By: _____
       Frank Holtham, Voting Member
       by Carmine DeMaio, Trustee
       by assignment pursuant to Voting
       Trust Agreement Dated January 30, 2017

335 Grand Ave LLC
335 Grand Ave
Leonia, NJ 07605


800 Response
P.O. Box 2225
South Burlington, VT 05403


A&S Management LLC
196 Route 46 E
Lodi, NJ 07644


AGWS
4450 Weaver Pkwy
Ste 200
Warrenville, IL 60555


Alco Fasteners International
315 Cedar Hill Rd.
Wappingers Falls, NY 12590


Alldata
P.O. Box 848379
Dallas, TX 75284


Altice Media
P.O. Box 392090
Pittsburgh, PA 15251


American Guardian Funding Corporation
4450 Weaver Parkway
Suite 200
Warrenville, IL 60555


American Wear Uniforms
261 N 18th St.
East Orange, NJ 07017


Antonio Guiterrez
100 Alexander Way TH9
Edgewater, NJ 07020

Atlantic Car Interiors
246 Livingstone St.
Ste 116
Northvale, NJ 07647


Automotive Mastermind
1 Park Av.
14th Floor
New York, NY 10016


Autotrader.com, Inc.
P.O. Box 932207
Atlanta, GA 31193


Autoweb, Inc.
P.O. Box 31001-2737
Pasadena, CA 91110


B C L Automotive
101 E. Forest Ave.
Teaneck, NJ 07666


B-C Tire
1266 Stelton Av.
Piscataway, NJ 08854


Bank of the West
1625 W. Fountainhead Pkwy.
AZ-TTN-10C-A
Tempe, AZ 85282


Bartolomeo Italain Gourmet
105 N. Dean St.
Englewood, NJ 07631


Benzel-Busch Motor Car Corp.
28 Grand View Av.
Englewood, NJ 07631


Brandon Cleaning & Landscaping
95 Denow Rd.
Lawrence Township, NJ 08648

Bubbz & Sudz Detailing, LLC
27 Crestwood Drive
Bridgewater, NJ 08807

Car Gurus
P.O. Box 419008
Boston, MA 02241-9008

Carfax, Inc.
P.O. Box 580464
Charlotte, NC 28258-0464

Carmine DeMaio
5 Cold Hill Road
Morris Plains, NJ 07950

CDK Global
P.O. Box 88921
Chicago, IL 60695-1921

Century Link
P.O. Box 1319
Charlotte, NC 28201-1319

Chaflin Realty
232 South Van Brunt
Englewood, NJ 07631

Chip Master, LLC
P.O. Box 1225
Fair Lawn, NJ 07410

City of Englewood
2-10 N. Van Brunt st.
Englewood, NJ 07631

Collision Pros Bodyworks
45 Hewson Ave.
Waldwick, NJ 07463

Command Security Systems
P.O Box 438
Montville, NJ 07045-0438

Complete Document Solutions
19 Gloria Lane
Fairfield, NJ 07004


De Lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602


Dealer Rater.Com, LLC.
75 Remittance Drive
Dept 6767
Chicago, IL 60675-6767


Dealer Socket
P.O. Box 843876
Los Angeles, CA 90084-3876


Dealer Tire
P. O. Box 73261
Cleveland, OH 44193


Demaio Holdings I Inc
Infiniti of Englewood
60 Rockwood Place
Englewood, NJ 07631


DeMaio Holdings Inc.
Norman Gale Buick GMC
1247 NJ 10
Cedar Knolls, NJ 07927


Diligent Delivery Systems
P.O. Box 4168
Houston, TX 77210-4168


Dubin Glass
P.O. Box 742
Millburn, NJ 07041


Duval Auto Repair
P.O. Box 2919
Elizabeth, NJ 07201

Elite Interior Restorations
P.O. Box 662
Fair Lawn, NJ 07410


Elrac Inc.
280 S. Dean St.
Englewood, NJ 07631


Englewood Dealership Properties/
PSD Automotive
1121 Route 202 South B9
Raritan, NJ 08869-1463


Enterprise Rent a Car
280 S. Dean St
Englewood, NJ 07631


Enterprise Rental CBS
280 S. Dean St.
Englewood, NJ 07631


Equifax Information Svns LLC
P.O. Box 71221
Charlotte, NC 28272-1221


Ernie's Auto Detailing
86 Spring St.
Passaic, NJ 07055


Experian
P.O. Box 881971
Los Angeles, CA 90088-1971


Extra Space Storage
524 Grand Ave.
Englewood, NJ 07631


Exxon Mobil Fleet GCCC
P.O. Box 530988
Atlanta, GA 30353-0988


Federal Express Corp.
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Bank
530 East Main St.
Denville, NJ 07834


Fishline Collision
21 Rail Road Ave
Valley Stream, NY 11580


Frankie's Tire & Recycling LLC
361 So Broad St.
Elizabeth, NJ 07202


Gaeta Recycling Company LLC
278-282 West Railway Ave.
Paterson, NJ 07503


Gasoline Approval System
P.O. Box 4346
Dept. 379
Houston, TX 77210


Geiger
P.O. Box 712144
Cincinnati, OH 45271-2144


Glass Weld of NJ
169 Pine St.
Ramsey, NJ 07446


Grainger
Dept. 827319864
Palatine, IL 60038-0001


Great America Financial Services
P.O. Box 660831
Dallas, TX 75266


Gubagoo Inc.
4800 T Rex Avenue
Suite 350
Boca Raton, FL 33431


Hertz
1560 Teaneck Rd.
Teaneck, NJ 07666

Hightech Solutions NYC, LLC
41 Watchung Plaza
Suite 137
Montclair, NJ 07042

Horizon Blue Cross NJ
P.O. Box 10130
Newark, NJ 07101

Hughes Environmental Engineering , Inc.
41 Leighton Place
Mahwah, NJ 07430

IDS Autoshred
1358 Hooper Ave.
Toms River, NJ 08753

Interstate Waste Services
P.O. Box 554744
Detroit, MI 48255-4744

IP Network Services
88752 Expedite Way
Chicago, IL 60695-1700

James Whang Zakar Mtrs
430 Industrial Ave
Teterboro, NJ 07608

JLA Restoration
412 Laurel Oak Ct.
Cedar Knolls, NJ 07927

Keystone Auto Lending
415 Eagleview Blvd
Ste 100
Exton, PA 19341

KI-KI's Showroom
238 W. Forest Ave.
Englewood, NJ 07631

KIKI
238 W. Forest Ave
Englewood, NJ 07631

Lexus of Roseville
300 Automall Dr.
Roseville, CA 95661

Lorco Petroleum Services
450 South Front St.
Elizabeth, NJ 07202

Madison Ave Coach Works
71 East Madison Ave.
Dumont, NJ 07628

Magic Wheel Repair
831 46th St.
Brooklyn, NY 11220

Marsh McLennan
Park 80 West Plaza Two
250 Pehle Ave.
Saddle Brook, NJ 07663

MDL Automation
Dept 3159
P.O. Box 123
Dallas, TX 75312

Metropolitan Wholesale
285 Midland Ave.
Saddle Brook, NJ 07663

Mitchell International Inc.
P.O. Box 846946
Los Angeles, CA 90084

Mizzoni's Autobody
178 Route 46 E
Lodi, NJ 07644

MJ Electronics
144 Sunset St.
Dumont, NJ 07628

New England Car Care LLC
277 R Broad St.
Manchester, CT 06040

New York Times
P.O. Box 371456
Pittsburgh, PA 15250


NJ Car
P.O. Box 7510
856 River Rd.
Trenton, NJ 08628


Northern Valley Auto Body
3 East Sheffield Ave.
Englewood, NJ 07631


Northside Imports
131 Industrial Ave.
Hasbrouck Heights, NJ 07604


OE Connection LLC
P.O. BOX 92315
Cleveland, OH 44193


Optionsoft Technologies Inc.
4 Corporate Dr.
Clifton Park, NY 12065


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250


PJM Electric
806 Park Ave.
River Edge, NJ 07661


Precise Dents
P.O. Box 3483
Bethlehem, PA 18017


PSE & G
P.O. Box 14444
New Brunswick, NJ 08906


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Redline
230 Kings Highway East
Suite 303
Haddonfield, NJ 08033

Reyna Capital Corporation
P.O. Box 674275
Dallas, TX 75267

RGM Coffee
16A Spielman Rd.
Fairfield, NJ 07004

Rothman Realty
412 Grand Ave.
Englewood, NJ 07631

Route One
16902 Collection Center Dr.
Chicago, IL 60693

Santander Bank
187 Columbia Tpk
Florham Park, NJ 07932

Siegal Distributing Company
197 Folk Rd.
Breinigsville, PA 18031

Silverstar Alloy Wheel Repair
163 Long Hill Rd.
Oakland, NJ 07436

Spectrum
200 Roosevelt Place
Palisades Park, NJ 07650

State of NJ Div Tax
P.O. Box 999
Trenton, NJ 08646

Sterling Talent Solutions
P.O. Box 35626
Newark, NJ 07193

Suez Water New Jersey
P.O. Box 371804
Pittsburgh, PA 15250


Sun Auto Glass Inc.
281 S. Dean St.
Englewood, NJ 07631


Telesystem
P.O. Box 826590
Philadelphia, PA 19182


Thyssenkrupp Elevator Corp.
P.O. Box 3796
Carol Stream, IL 60132


Timepayment Corp.
P.O. Box 3069
Woburn, MA 01888


Toyota Motor Credit
4 Gatehall Dr.
Parsippany, NJ 07054


Toyota of Hackensack
278 River Street
Hackensack, NJ 07601


Trans Union LLC
P.O. Box 99506
Chicago, IL 60693


TSD
P.O. Box 844617
Boston, MA 02284-4617


United Motor Parts Inc.
1130 Teaneck Rd
Teaneck, NJ 07666


UPS
P.O. Box 7247-6244
Philadelphia, PA 19170

US Bumper Repair
630 Warwick Tpke
Hewitt, NJ 07421


US Cyber Services
309 Jackson Ave.
Hackensack, NJ 07601


V Auto
P.O. Box 935202
Atlanta, GA 31193


Venice Auto Body & Painting
 Specialist Inc.
1124 Main St.
River Edge, NJ 07661


Verizon
P.O. Box 4833
Trenton, NJ 08650


Verizon Wireless
P.O. Box 408
Newark, NJ 07101


Viking Pest Control
P.O. Box 230
Bound Brook, NJ 08805


WCBS & Affiliates
345 Hudson St.
10th Floor
New York, NY 10014


Wholesale Auto Supply
22 Florence St.
P.O. Box 21616
South Hackensack, NJ 07606


Wholesale Inc.
8037 Eastgate Blvd
Mount Juliet, TN 37122