| Debtor Name | **CTE 1, LLC dba Lexus of Englewood** |
|---|---|
| **United States Bankruptcy Court for the District of New Jersey** | |
| Case number (if known): | **19-30256-VFP** |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property**  (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................................. $68,611,434.38

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................................... $68,611,434.38

## Part 2:  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property***  (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D............................ $53,751,791.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims***  (Official Form 206E/F)

   3a. **Total of amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from the line 5a of *Schedule E/F*............................................................. $687,447.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. + $17,646,803.84

4. **Total liabilities** ................................................................................................................................................. $72,086,042.41
Lines 2 + 3a + 3b