| Debtor Name | CTE 1, LLC dba Lexus of Englewood |
|---|---|
| United States Bankruptcy Court for the | District of New Jersey |
| Case number (if known): | 19-30256-VFP |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**
  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
  ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| TOYOTA FINANCIAL SERVICES | AUTOMOBILES & ALL ASSETS | $33,713,508.00 | UNKNOWN |

Creditor's mailing address
4 GATEHALL DR, STE 120
PARSIPPANY, NJ 07054

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
Date debt was incurred
☒ No
☐ Yes

Last four digits of account number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| TOYOTA FINANCIAL SERVICES | AUTOMOBILES & ALL ASSETS | $20,038,283.00 | UNKNOWN |

Creditor's mailing address
4 GATEHALL DR, STE 120
PARSIPPANY, NJ 07054

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
Date debt was incurred
☒ No
☐ Yes

Last four digits of account number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
☐ No
☒ Yes. Have you already specified the relative priority?
☒ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $53,751,791.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    1 of 2

Debtor Name    **CTE 1, LLC dba Lexus of Englewood**    Case number (if known): **19-30256-VFP**

## Part 1: Additional Page(s)

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|