| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-19(b)**<br>**OMNI AGENT SOLUTIONS, LLC**<br>5955 De Soto Ave, Ste 100<br>Woodland Hills, CA 91367<br>(818) 906-8300<br>(818) 783-2737 Facsimile<br>Scott M. Ewing (sewing@omniagnt.com) |
| In Re:<br><br>CTE 1 LLC,<br><br>      Debtor(s) |

Case No.: 19-30256-VFP

Chapter: 11

Judge: **Vincent F. Papalia**

## CERTIFICATION OF SERVICE

1.  I,  Scott M. Ewing  :

    [X] represent the Claims and Noticing Agent, in the above-captioned matters

    [ ] am the secretary/paralegal for _____, who represents _____ in this matter.

    [ ] am the _____ in the above case and am representing myself.

2.  On  March 24, 2020   I caused the following pleadings and/or documents to be served on the parties listed in the chart below:

    - **Second Monthly Fee Statement of Arent Fox LLP for the Period of February 1, 2020 through February 29, 2020 [Docket No. 324]**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 26, 2020     */s/ Scott M. Ewing*
                 Signature: Scott M. Ewing

3952037

| Name And Address of Party Served | Relationship Of Party To The Case | Mode Of Service |
|---|---|---|
| *SEE EXHIBIT A* | *SEE EXHIBIT A* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>**X** Other <u>Electronic mail</u><br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| *SEE EXHIBIT B* | *SEE EXHIBIT B* | ☐ Hand-Delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RRR<br><br>**X** Other <u>UPS Overnight</u><br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

## **EXHIBIT A**

| Relationship Of Party To The Case | Name And E-Mail Address of Party Served | | |
|---|---|---|---|
| Secured Creditors | American Guardian Funding Corp | jsauber@gwllplaw.com | Joseph P Sauber |
| Secured Creditors | American Guardian Funding Corp | jhenrikson@agws.com | |
| Counsel to the Debtor | Arent Fox LLP | robert.hirsh@arentfox.com | Robert M. Hirsh |
| NOA - Counsel for Darcars of Englewood, Inc. | Baker & Hosteler LLP | gponto@bakerlaw.com | Geraldine E. Ponto |
| Secured Creditors | Bank Of The West | Nandita.Bakhshi@bankofthewest.com | Nandita Bakhshi, Pres & CEO |
| NOA - Counsel for CDK Global, LLC. | Barnes & Thornburg, LLP | gigi.murphy@btlaw.com | Regina S.E Murphy |
| Debtor's CRO | Carl Marks Advisory Group LLC | sagran@carlmarks.com | Steven F. Argran |
| Independent Manager | Charles M. Forman, Esq. | cforman@formanlaw.com | Forman Holt |
| NOA - Counsel for Chalfin Realty, LLC. | Cole Schotz PC | rjareck@coleschotz.com | Ryan T. Jareck |
| NOA - Counsel for Creditor, NextGear Capital, Inc. | Eckert Seamans Cherin & Mellot, LLC. | ngaunce@eckertseamans.com | Nicholas M. Gaunce |
| NOA - Counsel for CDK Global, LLC. | Fishkin Lucks LLP | slucks@fishkinlucks.com | Steven M. Lucks |
| NOA - Independent Manager for CTE-1, LLC | Forman Holt | cforman@formanlaw.com | Charles M. Forman |
| NOA - Counsel for Rumbelon, Inc. Wholesale Express, Inc. | Fox Rothschild LLP | mmenkowitz@foxrothschild.com | Michael G. Menkowitz |
| NOA - Counsel for the Official Committee of Unsecured Credi | Gibbons PC | btheisen@gibbonslaw.com | Brett S. Theisen |
| NOA - Counsel for the Offical Committee of Unsecured Credit | Gibbons PC | rmalone@gibbonslaw.com | Robert Malone |
| NOA - Counsel of Get Go Inc. | Law Office of Barry S Miller | bmiller@barrysmilleresq.com | Barry S. Miller |
| NOA - Counsel for James Kocher | Law Offices of Robert A Stutman, PC | elsterj@stutmanlaw.com | Jared L. Elster |
| NOA - Counsel for Interested party Nissan Motor Acceptance | McElroy, Deutsch, Mulvaney & Carpenter, LLP | vshea@mdmc-law.com | |
| NOA - Counsel for Darcars of Englewood, Inc. | McNamee Hosea | gbeall@mhlawyers.com | Garth E. Beall |
| NOA - Counsel for Lexus, a divison of Toyota Motor Sales U. | Nelson Mullins Riley & Scarborough, LLP | jody.bedenbaugh@nelsonmullins.com | Jody A. Bedenbaugh |
| NOA - Counsel for Lexus, a division of Toyota Motor Sales U | Nelson Mullins Riley & Scarborough, LLP | ronnie.mcmahan@nelsonmullins.com | Ronald McMahan |
| United States Trustee | Office of the United States Trustee | fran.b.steele@usdoj.gov | Fran B. Steele |
| NOA - Counsel for Carmine Zeccardi, Sr. and Carmine Zeccard | Rabinowitz, Lubetkin & Tully, LLC | jharmon@rltlawfirm.com | John J. Harmon |
| NOA - Counel for Carmine Zeccardi, Sr. | Rabinowitz, Lubetkin & Tully, LLC | jrabinowitz@rltlawfirm.com | Jonathan I. Rabinowitz |
| NOA - Counsel for Santander Bank | Saldutti Law Group | rmcdowell@slgcollect.com | Rebecca K. McDowell |
| NOA - Counsel for Santander Bank | Saldutti Law Group | rsaldutti@slgcollect.com | Robert L. Saldutti |
| Secured Creditors | Santander Bank, NA | rmcdowell@slgcollect.com | Rebecca K Mcdowell |
| NOA - Counsel for Carmine A. DeMaio | Sills Cummis & Gross, PC | dphillips@sillscummis.com | David W. Phillips |
| NOA - Counsel for Carmine A. DeMaio, III | Sills Cummis & Gross, PC | steele@sillscummis.com | S. Jason Teele |
| NOA - Counsel for Estate of Mildred Rothman | Stanley E. Rothman | rothman.stanley@gmail.com | Stanley E. Rothman |
| NOA - Counsel for First Bank | Stark & Stark, PC | jlemkin@stark-stark.com | Joseph H. Lemkin |
| NOA - Counsel for First Bank | Stark & Stark, PC | tduggan@stark-stark.com | Timothy P. Duggan |
| NOA - Counsel for A&S Management, LLC. | Takvorian & Associates, LLC | taklawyer@yahoo.com | Richard C. Takvorian |
| NOA - Counsel for Keystone Auto Lending Inc. | Unruh, Turner, Burke & Frees | kladd@utbf.com | Kristen Wetzel Ladd |
| NOA - Counsel for Englewood Dealership Properties LLC. | Wasserman Jurista & Stolz, P.C. | dstolz@wjslaw.com | Daniel M. Stolz |
| NOA - Counsel for DTF Holdings, LLC. | Wilk Auslander LLP | eperal@wilkauslander.com | Eloy A. Peral |
| NOA - Counsel for DTF Holdings, LLC. | Wilk Auslander LLP | esnyder@wilkauslander.com | Eric J. Snyder |
| NOA - Counsel for DTF Holdings, LLC. | Wilk Auslander LLP | mcontos@wilkauslander.com | Michael Contos |
| NOA - Counsel for Toyota Motor Credit Corporation (DIP Lend | Wong Fleming, PC | dfleming@wongfleming.com | Daniel C. Fleming |
| NOA - Counsel for Toyota Motor Credit Corporation (DIP Lend | Wong Fleming, PC | jhaney@wongfleming.com | James. K. Haney |

| Relationship Of Party To The Case | Name And E-Mail Address of Party Served | | |
|---|---|---|---|
| NOA - Counsel for Toyota Motor Credit (DIP Lender) | Wong Fleming, PC | jmarrazo@wongfleming.com | Joseph Marrazo |

## **EXHIBIT B**

| Relationship Of Party To The Case | Name And Address Of Party Served | | | | |
|---|---|---|---|---|---|
| NOA | American Express National Bank | c/o Becket & Lee LLP | P.O. Box 3002 | Malvern, PA 19355-0702 | |
| Core | American Guardian Funding Corporation | Attn: President/Legal Department | 4450 Weaver Parkway | Warrenville, IL 60555 | |
| Core | American Guardian Funding Corporation | c/o Griffin Williams LLP | Attn: Joseph P. Sauber | 21 N. Fourth St | Geneva, IL 60134 |
| Core | Bank of the West | Attn: Nandita Bakhshi, Pres & CEO | 1625 West Fountainhead Parkway | AZ-TTN-10C-A | Tempe, AZ 85282 |
| Core | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 | |
| NOA - Counsel for Venice Auto Body & Painting Specialist | Law Offices Of Colin M Quinn, LLC | Attn: Colin M. Quinn | 745 KinderKamack Rd | River Edge, NJ 07661 | |
| Core | New Jersey Division of Taxation | Compliance and Enforcement | Attn: Bankruptcy Unit | 50 Barrack Street, 9th Floor | Trenton, NJ 08695 |
| NOA - Counsel for Venture Motor Cars | Norgaard O'Boyle & Hannon | Attn: John O'Boyle | 184 Grand Ave | Englewood, NJ 07631-3507 | |
| Core | Office of the Attorney General | Division of Law | Richard J. Hughes Justice Complex | 25 Market Street | Trenton, NJ 08625 |
| Core | Office of the United States Attorney | Peter Rodino Federal Building | 970 Broad Street, Suite 700 | Newark, NJ 07102 | |
| Core - DIP Lender | Toyota Motor Credit | Attn: President/Legal Department | 4 Gatehall Drive | Parsippany, NJ 07054 | |