UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ARENT FOX LLP**
Eric A. Biderman, Esq.
Russell McRory, Esq. (admitted *pro hac vice*)
Nicholas A. Marten, Esq.
1301 Avenue of the Americas, Floor 42
New York, NY  10019
Telephone:    (212) 484-3900
Facsimile:    (212) 484-3990
Email:    eric.biderman@arentfox.com
         russell.mcrory@arentfox.com
         nicholas.marten@arentfox.com

*Counsel to the Debtor and*
*Debtor-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| CTE 1 LLC, | Case No. 19-30256-VFP |
| Debtor. | (Honorable Vincent F. Papalia) |

**NOTICE OF HEARING REGARDING FIRST
MONTHLY FEE STATEMENT OF ARENT FOX LLP FOR
THE PERIOD OF OCTOBER 27, 2019 THROUGH JANUARY 31, 2020**

NOTICE IS HEREBY GIVEN that, on March 12, 2020, the Official Committee of Unsecured Creditors (the "Committee") for CTE 1 LLC (the "Debtor") served the Debtor with a written objection (the "Objection") to the *First Monthly Fee Statement of Arent Fox LLP for the Period of October 27, 2019 through January 31, 2020* [Docket No. 293] (the "First Monthly Fee Statement").

*[Remainder of the page intentionally left blank.]*

AFDOCS/21919271.3

NOTICE IS HEREBY GIVEN that there will be a hearing[1] held before the Honorable Vincent F. Papalia on:

Date:        April 21, 2020

Time:        2:00 p.m.

Location[2]:    Courtroom 3B, U.S. Bankruptcy Court, 50 Walnut St., Newark, NJ

for the purpose of considering the Objection:

| APPLICANT | COMMISSION OR FEES | EXPENSES |
|---|---|---|
| Arent Fox LLP [Docket No. 293] *Counsel to the Debtor* | $762,937.50 | $7,383.00 |

The First Monthly Fee Statement can be obtained from the website of the Debtor's Claims and Noticing Agent at https://omniagentsolutions.com/lexusenglewood.

Dated: March 31, 2020
       New York, New York                    **ARENT FOX LLP**

                                               */s/ Eric A. Biderman*
                                               Eric A. Biderman, Esq.
                                               Russell P. McRory, Esq. (admitted *pro hac vice*)
                                               Nicholas A. Marten, Esq.
                                               1301 Avenue of the Americas
                                               New York, NY 10019-6022
                                               Telephone:   (212) 484-3900
                                               Facsimile:   (212) 484-3990
                                               Email:   eric.biderman@arentfox.com
                                                        russell.mcrory@arentfox.com
                                                        nicholas.marten@arentfox.com

                                               *Counsel to the Debtor and Debtor-in-Possession*

[1] The Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation for and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 281] establishes deadlines, inter alia, the date by which a notice must be filed requesting a hearing on any objection to a monthly fee request. The Committee served the Objection and Arent Fox had until March 26 to provide notice of a hearing if the parties were unable to consensually resolve the objection. As the parties desire to continue their discussions and avoid a hearing on the Objection, the Committee has proposed to extend Arent Fox's deadline to file a notice until April 3. On March 30, the Independent Member agreed to continue all relevant deadlines to April 1, 2020.

[2] Please note that this hearing could become a telephonic hearing if this Court chooses to schedule hearings telephonically, or if the *Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19)* entered on March 27, 2020 by Chief United States Bankruptcy Judge Kathryn C. Ferguson is extended.