UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**K&L Gates LLP**
Daniel M. Eliades, Esq.
One Newark Center
1085 Raymond Boulevard, 10th Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Facsimile:  (973) 848-4001
Daniel.Eliades@klgates.com

*Attorneys for Carl Marks Advisory Group LLC*

| | |
|---|---|
| In re: | Case No. 19-30256-VFP |
| CTE 1 LLC, | Judge: Hon. Vincent F. Papalia |
| Debtor. | Chapter 11 |

**ORDER GRANTING FINAL FEE APPLICATION OF CARL MARKS ADVISORY GROUP LLC AND STEVEN AGRAN FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH MAY 17, 2020**

The relief set forth on the following pages numbered two (2) and three (3) is hereby ordered.

304724535 v1

DEBTOR:            CTE 1 LLC
CASE NO:           19-30256-VFP
CAPTION OF ORDER:  Order Approving Final Fee Application

Upon the *Final Fee Application of Carl Marks Advisory Group LLC and Steven Agran for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period of November 1, 2019 through May 17, 2020* (the "Final Fee Application");[1] and due and proper notice of the Final Fee Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Final Fee Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(6)(2); and it appearing that the fees and expenses requested in the Final Fee Application are reasonable and for necessary services provided to the Debtor,

**IT IS HEREBY ORDERED THAT:**

1. The Final Fee Application is granted.

2. Carl Marks Advisory Group LLC ("CMAG") and Steven Agran are hereby allowed compensation in the total aggregate amount of $1,411,852.95 comprised of (i) $1,003,102.95 in Fixed Weekly Fees during the Compensation Period, and (ii) a Transaction Fee in the amount of $408,750 (the "Allowed Compensation").

3. Of the Allowed Compensation, the Debtor has made payment to CMAG in the amount of $673,091.97. The Debtor is authorized and directed to make payment of the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed such terms in the Final Fee Application.

Page **3** of **3**
DEBTOR: CTE 1 LLC
CASE NO: 19-30256-VFP
CAPTION OF ORDER: Order Approving Final Fee Application

outstanding amount of Allowed Compensation of $738,760.98 to CMAG within fifteen (15) days of the entry of this Order.

4. This Court shall have jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.